

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00691-CV

**IN THE INTEREST OF C.S.-L.V.**, L.J.V., and C.C.V.

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02681
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED March 14, 2018.

Luz Elena D. Chapa, Justice